# Third District Court of Appeal
## State of Florida

Opinion filed December 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2190
Lower Tribunal No. F03-13612
_____

**Walter B. Campbell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Walter B. Campbell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See §§ 775.084(1)(d) and 776.08, Fla. Stat. (2003); Jones v. State, 988 So. 2d 1109, 1109 (Fla. 3d DCA 2008).